UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

                                        CASE NO.:  11-02955-3G3

MARK DOUGLAS RUBLE and
MARGIE KAY RUBLE,

      Debtors.

_____/

**MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN DATED OCTOBER 11, 2011**

      NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING: Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest **files an objection within 21 days** from the date this paper is entered on the docket.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, FL 32202, and serve a copy on the movant's attorney, J. HERBERT WILLIAMS, 702 S. Magnolia Avenue, Suite 2, Ocala, FL 34471-0987

          If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

      COMES NOW the Debtors, MARK DOUGLAS RUBLE and MARGIE KAY RUBLE,  by and through their undersigned attorney, pursuant to 11 U.S.C. §1129, and move to modify the confirmed Chapter 13 Plan and would state as follows:

      1.      The Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on April 25, 2011.

      2.      A confirmation hearing was held on August 26, 2011 and the court confirmed the debtors' Chapter 13 Plan.

      3.      The Order Confirming Plan was entered on September 21, 2011.

      4.      Deadline for all Creditors to file a Proof of Claim was September 6, 2011.

5.      Debtors filed a Motion for Modification of the Confirmed Chapter 13 Plan on October 11, 2011 and a subsequent Order Granting Motion to Modify Confirmed Plan was entered on November 9, 2011.

6.      Since debtors' previous modification, Debtor/Husband's employment was terminated causing the debtors to fall behind in their Chapter 13 plan payments.   Only 13 payments remain in the debtors' 36-month plan.

7.      Debtors' Modified Confirmed Chapter 13 Plan needs to be modified a second time to bring them current in their Chapter 13 Plan payments and put them back on track to completing their Chapter 13 Plan.

8.      Attached as Exhibit "A" is the proposed Modified Confirmed Chapter 13 Plan.

I HEREBY CERTIFY that on this 4th day of April, 2013, a true and correct copy of the foregoing Motion to Modify Confirmed Chapter 13 Plan has been furnished by United States Mail via First Class Service to:  U.S. Assistant Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801; Douglas W. Neway, Trustee, P.O. Box 4308, Jacksonville, FL 32201-4308; and to all other creditors and interested parties on the mailing matrix which is attached hereto.

J. HERBERT WILLIAMS, P.A.


BY:    /s/ J. HERBERT WILLIAMS
          J. HERBERT WILLIAMS
          702 S. MAGNOLIA AVENUE
          SUITE 2
          OCALA, FLORIDA  34471-0987
          (352) 629-6000
          FAX (352) 387-1694
          Florida Bar No. 0604471
          Attorney for Debtors

EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

        CASE NO.:  11-02955-3G3

MARK DOUGLAS RUBLE and
MARGIE KAY RUBLE,

    Debtors.
_____/

## SECOND MODIFIED CONFIRMED CHAPTER 13 PLAN

The Debtors, MARK DOUGLAS RUBLE and MARGIE KAY RUBLE, hereby submit the following Modified Confirmed Chapter 13 Plan:

The future earnings of the Debtors are submitted to the supervision and control of the Trustee, and the Debtors shall pay to the Trustee the sum of:
$1,815.00 per month for months 1 through 20
$1,386.00 per month for month 21
No payment for months 22 and 23
$1,150.00 per month for months 24 through 36.
The fees and expenses of the **Trustee** shall be paid over the life of the plan at the rate of 10% of the amount of all payments under the Plan.

From the payments so received, the Trustee shall make disbursements as follows:

1)   **J. HERBERT WILLIAMS, ATTORNEY FOR DEBTORS**
J. Herbert Williams, attorney for Debtors has a claim for attorney fees in the amount of $1,900.00 (includes $400.00 for this modification action):

Monthly payment:
Plan months:   1 - 2     Amount:  $750.00
Plan months:   24 - 31     Amount:  $50.00

2)   **TAX COLLECTOR OF MARION COUNTY**
      **PARCEL I.D. #: R35774-003-1**
Total Claim for 2011 property taxes in the amount of $660.81.  Trustee will pay this creditor $660.81.

Monthly payment:
Plan month:   6     Amount:  $660.81

3)      **CAMPUS USA CREDIT UNION**
   **ACCT. #:...-1556**

Total Claim in the amount of approximately $50,083.79.  The debtors are current on this homestead mortgage and will continue to pay this creditor directly outside the plan.

4)      **FORD MOTOR CREDIT**
   **ACCT. #: ...-2260**

Total Claim in the amount of $7,831.59.
Collateral description: 2006 Ford F-150 Truck (purchased 1/2006)
Trustee will pay this creditor $8,449.92 to include interest of 5%.

Monthly payment:
Plan months:   1 - 21   Amount:   $234.72
Plan months:   24 - 36  Amount:   $270.84

5)      **FREEDOM ROAD FINANCIAL**
   **ACCT. #: ...-3317**

Total Claim in the amount of $14,632.17.
Collateral description:  2005 Harley Davidson (29,500.00 miles - purchased 7/28/2007)
Trustee will pay this creditor $15,787.44 to include interest of 5%.

Monthly payment:
Plan months:   1 - 21   Amount:   $438.54
Plan months:   24 - 36  Amount:   $506.02

6)      **DISTRIBUTION TO UNSECURED CREDITORS:**

   After payment of claims listed above the Trustee shall distribute all remaining sums pro rata among those unsecured creditors whose claims are timely filed and allowed, including secured creditors who have deficiency claims or whose liens have been avoided. Where collateral is being surrendered in full satisfaction of the claim the trustee will make no distribution on the creditor's claim.

7)      **POST-PETITION CLAIMS** allowed under 11 U.S.C. §1305 shall be paid in full in equal monthly installments, which installments commence on the date of the allowance of said claim and conclude on the last payment under the Plan.

8)      **OTHER PROVISIONS**

   A.  To satisfy the requirements of Section 365 of the Bankruptcy Code, debtors

expressly assume all of their leases and executory contracts in which they are now a party and no lease or executory contract entered into by debtors is being rejected. Payments to lessors will be paid directly and there shall be no reduction in the Chapter 13 plan payment for these direct payments.

B.    Title to all property of the estate shall revest in the Debtors upon confirmation of this plan.

C.    All creditors shall retain their liens to the extent permitted by 11 U.S.C. Section 506(d).

D.    Any claims filed after the claims bar date shall receive no distribution under this Plan unless specifically provided for above or unless debtors file the same on behalf of a creditor.

E.    Upon confirmation of this plan by the Court, the debtors will be deemed to have complied with all their required duties to provide or file all of the information required under 11 U.S.C. Section 521 subsections (a)(1), (b), (c), (e) and (i).

F.    Confirmation of the plan shall impose an affirmative duty on the holders and/or the servicers of any claims secured by liens, mortgages and/or deeds of trust on the principal residence of the Debtors to do all of the following:

1.    To apply the payments received from the trustee on the prepetition arrearages, if any, only to such arrearages. For the purposes of this plan, the "prepetition" arrears shall include all sums included in the "allowed" proof of claim and shall have a "0" balance upon entry of the Discharge Order in this case.

2.    To deem the prepetition arrearages as contractually current upon confirmation of the plan, thereby precluding the imposition of late payment charges or other default-related fees and services based solely on the prepetition default or defaults.

3.    To apply the direct post-petition monthly mortgage payments paid by the trustee or by the Debtors to the month in which each payment was designated to be made under the plan or directly by the Debtors, whether or not such payments are immediately applied by the creditor to the outstanding loan balance or are placed into some type of suspense, forbearance or similar account.

4.    Any post-petition costs or expenses incurred by or on behalf of any secured creditor will be discharged upon the Debtors' completion of the plan, unless specifically provided for in the confirmation order, or by further order of the Court on motion filed prior to completion of the plan.

3

DATED this 4th day of April, 2013.

J. HERBERT WILLIAMS, P.A.


BY:     */s/ J. HERBERT WILLIAMS*
        J. HERBERT WILLIAMS
        702 S. MAGNOLIA AVENUE
        SUITE 2
        OCALA, FLORIDA  34471-0987
        (352) 629-6000
        FAX (352) 387-1694
        Florida Bar No. 0604471
        Attorney for Debtors

4

Label Matrix for local noticing
113A-3
Case 3:11-bk-02955-PMG
Middle District of Florida
Jacksonville
Tue Apr  2 15:52:51 EDT 2013

CR Evergreen II, LLC
MS 550
PO Box 91121
Seattle,, WA 98111-9221

East Bay Funding, LLC
c/o Resurgent Capital Services
PO Box 288
GREENVILLE, SC 29602-0288

Midland Funding LLC by American InfoSource L
PO Box 4457
Houston, TX 77210-4457

National Capital Management, LLC
8245 Tournament Drive, Ste. 230
Memphis, TN 38125-1741

PRA  Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Portfolio Recovery Assocs., LLC
POB 41067
NORFOLK, VA 23541-1067

Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE Second Avenue, Ste 1120
Miami, FL 33131-1605

Margie Kay Ruble
10787 SW 79th Terrace
Ocala, FL 34476-9386

Mark Douglas Ruble
10787 SW 79th Terrace
Ocala, FL 34476-9386

eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

Andreu, Palma & Andreu
701 SW 27th Ave Ste 900
Miami, FL 33135-3000

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Bray & Lunsford, PA
P.O. Box 53197
Jacksonville, FL 32201-3197

CAC Financial
P.O. Boxv 1022
Wixom, MI 48393-1022

Campus USA Credit Union
P.O. Box 147029
Gainesville, FL 32614-7029

Capital One
P.O. Box 30273
Salt Lake City, UT 84130-0273

Care Credit/GEMB
P.O. Box 981439
El Paso, TX 79998-1439

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Citibank
701 E 60th Street N
Sioux Falls, SD 57104-0493

Collectcorp Corp
455 North 3rd Street
Suite Z-60
Phoenix, AZ 85004-0630

Dillards/GEMB
P.O. Box 965005
Orlando, FL 32896-5005

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Equable Ascent Financial, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

FIA Card Services, NA as successor in intere
Bank of America NA and MBNA America Bank
PO Box 15102
Wilmington, DE  19886-5102

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154-8000

(p)FORD MOTOR CREDIT COMPANY
PO BOX 6275
DEARBORN MI 48121-6275

Frederick Hanna & Assoc
1427 Roswell Road
Marietta, GA 30062-3668

Freedom Road Financial
P.O. Box 18218
Reno, NV 89511-0218

FreedomRoad Financial
c/o SPALLAS JONES, PLLC
1840 E. River Rd., Ste. 207
Tucson, AZ 85718-5892

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami, FL 33131-1605

GE Money Bank
Attn: Bankruptcy Department
PO Box 960061
Orlando FL 32896-0661

GE Money Bank
P.O. Box 965005
Orlando, FL 32896-5005

GE Money Bank
c/o B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

GE Money Bank Bankruptcy Dpt
P.O. Box 103104
Roswell, GA 30076-9104

Granite Recovery LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding
P.O. Box 10497
Greenville, SC 29603-0497

Leading Edge Recovery
5440 N. Cumberland Ave, #300
Chicago, IL 60656-1486

Lowes/GEMB
P.O. Box 965005
Orlando, FL 32896-5005

MRS
1930 Olney Avenue
Cherry Hill, NJ 08003-2016

Marion County Tax Collector
P.O. Box 970
Ocala FL 34478-0970

Midland Funding LLC
by American InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

PayPal/GEMB
P.O. Box 965005
Orlando, FL 32896-5005

Portfolio Investments I LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Resurgent Capital Services
Capital Mgmt Services, LP
726 Exchange St, #700
Buffalo, NY 14210-1464

SS Mid America Prog Service
601 E 12th Street
Kansas City, MO 64106-2818

Social Securiy Admin
217 SE 1st Avenue
Ocala, FL 34471-2161

Sprechman & Associates, P.A.
2775 Sunny Isles Blvd
Ste 100
North Miami Beach, FL 33160-4078

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

Zwicker & Assoc, P.C.
80 Minuteman Road
Andover, MA 01810-1008

J Herbert Williams +
702 South Magnolia Avenue
Suite 2
Ocala, FL 34471-0987

United States Trustee - JAX 13/7 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

Becket & Lee LLP +
Alane Ann Becket
16 General Warren Blvd.
P. O. Box 3001
Malvern, PA 19355-0701

Douglas W. Neway +
P O Box 4308
Jacksonville, FL 32201-4308


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Portfolio Recovery Associates, LLC.        Discover                                 Ford Motor Credit Company LLC
POB 41067                                  P.O. Box 15316                            Dept 55953
Norfolk, VA 23541                          Wilmington, DE 19850                      P O Box 55000
                                                                                     Detroit MI  48255-0953


(d)Portfolio Recovery Associates, LLC      US Bank                                  (d)US Bank N.A.
POB 41067                                  205 W 4th Street                         Bankruptcy Department
Norfolk VA 23541                           Cincinnati, OH 45202                      POB 5229
                                                                                     Cincinnati, OH 45201-5229
                                                                                     877-254-7827


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Paul M. Glenn                           (d)CR Evergreen II, LLC                  (d)East Bay Funding, LLC
Jacksonville                               MS 550                                   c/o Resurgent Capital Services
                                           PO Box 91121                             PO Box 288
                                           Seattle, WA 98111-9221                   Greenville, SC 29602-0288


(d)National Capital Management, LLC.       (d)Portfolio Recovery Assocs., LLC       (d)eCAST Settlement Corporation
8245 Tournament Drive                      POB 41067                                POB 29262
Suite 230                                  NORFOLK, VA 23541-1067                   New York NY 10087-9262
Memphis, TN 38125-1741


End of Label Matrix
Mailable recipients    60
Bypassed recipients     6
Total                  66