UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
MARK DOUGLAS RUBLE and  
MARGIE KAY RUBLE

CASE NO: 3:11-bk-02955-PMG

Chapter 13

Debtors
_____/

## ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

This case came before the Court at a hearing on July 3, 2013, upon the Debtors' Motion To Modify Confirmed Plan, dated April 4, 2013. The Court having noted that an objection to the modification was filed, that all issues raised in the objection are resolved by this Order and/or were resolved at the hearing, and that the Modified Confirmed Plan complies with the provisions of Section 1329 of the United States Bankruptcy Code.

Accordingly:

**IT IS ORDERED :**

The Debtors' Motion To Modify Confirmed Plan is granted, and the Order Confirming Chapter 13 Plan allowing Claims and Directing Distribution is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto. If the Debtor has surrendered collateral in this modification securing a debt to the creditor and the creditor is entitled to file an unsecured deficiency claim, said claim must be filed within 90 days of the date of this order, unless a Motion for Extension of Time is filed for good cause prior to the expiration of the 90 days and granted by this Court.

All other provisions of the Order Confirming Chapter 13 Plan Allowing Claims and Directing Distribution entered by this Court on September 21, 2011 shall remain the same and in full force and effect.

DATED this July __16__, 2013 in Jacksonville, Florida.

PAUL M. GLENN
United States Bankruptcy Judge

Copies furnished to:
All Interested Parties

Douglas W. Neway, the Chapter 13 Standing Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

# AMENDED EXHIBIT A
## CASE NO: 3:11-bk-02955-PMG
## MARK DOUGLAS RUBLE and MARGIE KAY RUBLE
### Chapter 13

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| | TRUSTEE EXPENSES | Priority | | As set by U.S. Trustee | | |
| | J. HERBERT WILLIAMS, P.A. | Priority | $1,900.00 | $1,900.00 | $750.00 | 1 - 2 |
| | | | | | $0.00 | 3 - 23 |
| | | | | | $50.00 | 24 - 31 |
| | | | | | $0.00 | 32 - 36 |

**Claim Notes:** *No claim filed.*

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| 01 | DISCOVER BANK | Unsecured | $3,467.91 | $3,467.91 | ProRata | |
| 02 | GE CAPITAL RETAIL BANK | Unsecured | $827.60 | $827.60 | ProRata | |
| 03 | PRA RECEIVABLES MANAGEMENT | Unsecured | $907.18 | $907.18 | ProRata | |
| 04 | CAMPUS USA CREDIT UNION | Secured | $50,083.79 | $0.00 | $0.00 | |

**Claim Notes:** *The 'Amount Allowed' represents the maintenance of payments on this claim while the case is pending as provided for in Section 1322(b)(5). Claim paid outside of plan.*

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| 05 | FORD MOTOR CREDIT COMPANY | Secured | $7,831.59 | $8,449.92 | $234.72 | 1 - 21 |
| | | | | | $0.00 | 22 - 23 |
| | | | | | $270.84 | 24 - 36 |
| 06 | PRA RECEIVABLES MANAGEMENT | Unsecured | $7,686.73 | $7,686.73 | ProRata | |
| 07 | ECAST SETTLEMENT CORPORATION | Unsecured | $16,545.48 | $16,545.48 | ProRata | |
| 08 | PRA RECEIVABLES MANAGEMENT | Unsecured | $7,600.23 | $7,600.23 | ProRata | |
| 09 | PRA RECEIVABLES MANAGEMENT | Unsecured | $2,918.31 | $2,918.31 | ProRata | |
| 10 | MIDLAND FUNDING, LLC | Unsecured | $4,855.38 | $4,855.38 | ProRata | |
| 11 | FREEDOM ROAD FINANCIAL | Secured | $14,632.17 | $15,787.44 | $438.54 | 1 - 21 |
| | | | | | $0.00 | 22 - 23 |
| | | | | | $506.02 | 24 - 36 |

# AMENDED EXHIBIT A
## CASE NO: 3:11-bk-02955-PMG
## MARK DOUGLAS RUBLE and MARGIE KAY RUBLE
### Chapter 13

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| 12 | MIDLAND FUNDING, LLC | Unsecured | $14,870.95 | $14,870.95 | ProRata | |
| 13 | MIDLAND FUNDING, LLC | Unsecured | $5,050.60 | $5,050.60 | ProRata | |
| 14 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | $3,466.72 | $3,466.72 | ProRata | |
| 15 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | $1,701.59 | $1,701.59 | ProRata | |
| 16 | MARION COUNTY TAX COLLECTOR | Secured | $660.81 | $640.99 | $0.00 | 1 - 5 |
| | | | | | $660.81 | 6 - 6 |
| | | | | | $0.00 | 7 - 36 |

**Claim Notes:** *Paid in Full.*

| Debtor Payment Schedule | | |
|---|---|---|
| StartDate | Number of Months | PaymentAmount |
| May 25, 2011 | 1 - 20 | $1,815.00 |
| January 25, 2013 | 21 - 21 | $1,386.00 |
| February 25, 2013 | 22 - 23 | $0.00 |
| April 25, 2013 | 24 - 36 | $1,150.00 |

Copies to:
Debtors
J. Herbert Williams, P.A.
Douglas W. Neway, Trustee
All Interested Parties