UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

MARK DOUGLAS RUBLE and                           Case No. 3:11-bk-02955-PMG
MARGIE KAY RUBLE

                     Debtors     /

## NOTICE OF COMPLETION OF CHAPTER 13 PLAN

NOTICE is hereby given that the above referenced Debtors have completed the Chapter 13 Bankruptcy Plan by making all required payments.

A Discharge of the Debtor(s) will be entered as soon as practicable after completion by the debtor(s) of all payments under the plan, subject to the applicable requirements contained in 11 U.S.C. §1328, including but not limited to, domestic support obligation certifications contained in §1328 (a) and certification of the completion of an approved instructional course concerning personal financial management set forth in §1328(g)(1).

Respectfully submitted this 24th day of June, 2014.

                                                   /s/ Douglas W. Neway
                                                   DOUGLAS W. NEWAY, Trustee
                                                   Florida Bar No. 709948
                                                   Post Office Box 4308
Copies to:                                   Jacksonville, Florida  32201-4308
Debtors                                     Phone: (904) 358-6465
J. Herbert Williams,P.A.              Fax: (904) 634-0038